947 A.2d 626

IN THE MATTER OF MARVIN BRANDON,
AN ATTORNEY AT LAW.

May 20, 2008.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–283, concluding that **MARVIN BRANDON,** formerly of **BLOOMFIELD,** who was admitted to the bar of this State in 1986, should be censured for violating *RPC* 3.2 (failure to treat with courtesy and consideration all persons involved in the legal process) and *RPC* 5.3(b) (failure to supervise non-attorney employees);

And the Court having determined from its review of the matter that a reprimand is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MARVIN BRANDON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.